1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BIBEY, ET AL.,<br><br>    Plaintiffs<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>    Defendant. | Case No. 3:25-cv-08473-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRADER JOE'S COMPANY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES, EQUITABLE, DECLARATORY, AND INJUNCTIVE RELIEF**<br><br>Judge: Hon. Trina L. Thompson<br>Courtroom: 9<br>Date: March 24, 2026<br>Time: 2:00 PM |

1   Before the Court is Defendant Trader Joe's Company's Motion to Dismiss
2   Plaintiff's Complaint for Damages, Equitable, Declaratory, and Injunctive Relief
3   (the "Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b).
4   Having considered the Notice of Motion, the Memorandum of Points and
5   Authorities in support thereof, the summary of argument, and the pleadings and
6   papers on file in this action, the Court **GRANTS** Trader Joe's Company's motion
7   to dismiss.  Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** in its
8   entirety.  The Clerk of the Court is instructed to administratively close the file for
9   this action.

11   **IT IS SO ORDERED.**

13   DATED: _____

_____
Hon. Trina L. Thompson
UNITED STATES DISTRICT JUDGE